UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUHEILY FIGUEROA,

    Plaintiff,

v.                                                   Case No: 8:16-cv-1343-T-33JSS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER**

    This matter comes before the Court on upon consideration of United States Magistrate Judge Julie S. Sneed's Report and Recommendation (Doc. # 7), entered on September 1, 2016, recommending that Plaintiff Suheily Figueroa's Motion for Leave to Proceed *in forma pauperis* be denied and Figueroa's Complaint be dismissed. As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court accepts and adopts the Report and Recommendation, denies the Motion for Leave to Proceed *in forma pauperis*, and dismisses the Complaint.

**I.   Background**

    Figueroa, proceeding *pro se*, filed her Complaint on May 31, 2016. It appears that Figueroa intended the Complaint to be either an application for disability benefits for her son or an appeal of a decision by the Commissioner of Social Security; however, the Complaint does not allege that Figueroa has exhausted her

1

administrative remedies or provide the date of the disability's onset, the date of the application for benefits, or the date those benefits were denied. (Doc. # 1). Thereafter, Figueroa filed a Motion for Leave to Proceed *in forma pauperis* (Doc. # 6), which was referred to Judge Sneed. Judge Sneed subsequently entered the Report and Recommendation considered herein.

## II.  Discussion

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings

2

and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) The Report and Recommendation (Doc. # 7) is **ACCEPTED** and **ADOPTED**.

(2) Plaintiff Suheily Figueroa's Motion for Leave to Proceed *in forma pauperis* (Doc. # 6) is **DENIED** without prejudice.

(3) Plaintiff Suheily Figueroa's Complaint is **DISMISSED** without prejudice, with leave to file an amended complaint on or before October 24, 2016.

(4) The Clerk is directed to terminate all pending motions and, thereafter, **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 23rd day of September, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE